| No | IP | Hit Date UTC | File Hash | ISP | Province |
|---|---|---|---|---|---|
| 1 | 72.234.177.213 | 2017-02-09 09:45:26 | SHA1: 70CDCE8BF789785996DDCE6CFDEB19CE1E4A956B | Hawaiian Telcom | Honolulu County |
| 2 | 72.234.151.6 | 2017-01-09 04:15:03 | SHA1: 70CDCE8BF789785996DDCE6CFDEB19CE1E4A956B | Hawaiian Telcom | Hawaii County |
| 3 | 72.235.19.249 | 2016-12-21 06:22:30 | SHA1: 70CDCE8BF789785996DDCE6CFDEB19CE1E4A956B | Hawaiian Telcom | Honolulu County |
| 4 | 72.234.31.221 | 2016-12-17 23:03:08 | SHA1: 70CDCE8BF789785996DDCE6CFDEB19CE1E4A956B | Hawaiian Telcom | Maui County |
| 5 | 72.234.15.247 | 2016-12-17 05:45:41 | SHA1: 70CDCE8BF789785996DDCE6CFDEB19CE1E4A956B | Hawaiian Telcom | Honolulu County |

Exhibit "1"